# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————————

Case No. 5D22-1140
LT Case No. 2020-300595-CFDB

———————————————————

BRIAN M. TURNBULL,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————————

On appeal from the Circuit Court for Volusia County.
Leah R. Case, Judge.

Roberta G. Mandel, of the Mandel Law Group, P.A., Miami, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Stephen R. Putnam, Jr., Assistant Attorney General, Daytona Beach, for Appellee.

September 19, 2023

PER CURIAM.

    AFFIRMED.

EISNAUGLE, KILBANE, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____